**DAVID B. LOWRY**
9900 SW Greenburg Road
Columbia Business Center, Suite 130
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

**Constance Murphy**

vs.

**Commissioner of Social Security**
       **Defendant.**

Civil No. 08-cv-723-HO
Appellate Court No. 10-35239

**ORDER GRANTING AWARD
OF EAJA FEES, EXPENSES AND
COSTS**

## ORDER

Based upon the plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 and 28 U.S.C. § 1920, the assignment of EAJA fees to plaintiff's attorney by plaintiff, as discussed in <u>Astrue v. Ratliff,</u> __ U.S. __ (2010), it is hereby ordered that EAJA attorney's fees of $10,039.32; expenses of $14.70; and costs of $372.34, shall be paid to the plaintiff, and mailed to the attorney's office.

Done this 19th day of Aug., 2011.

_____
Judge

Presented by:

s/ DAVID B. LOWRY
David B. Lowry, OSB 73772
Attorney for Plaintiff
9900 SW Greenburg Rd, Ste 130, Portland OR 97223